E-FILED
Thursday, 27 September, 2007  09:57:22 AM
Clerk, U.S. District Court, ILCD

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARY LOGSDON,<br>    Plaintiff<br><br>vs.<br><br>GROUP INSURANCE FOR<br>EMPLOYEES OF COLFAX<br>CORPORATION, as Plan<br>Administrator and LIFE INSURANCE<br>COMPANY OF NORTH AMERICA,<br>a subsidiary of CIGNA CORPORATION,<br>as Claims Administrator,<br>    Defendants. | )<br>)<br>)<br>)  CASE NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

Now Comes Plaintiff, Mary Logsdon, by and through her attorneys, and states as follows:

## JURISDICTION

1. This is an action by a Participant in an employee welfare benefit plan against the Defendants for damages to enforce her rights under the Plan to receive a continuation of her long-term disability income benefits, after Defendants falsely and in bad faith asserted Plaintiff was no longer disabled. Jurisdiction is conferred on this Court by Sections 502 (e) and (f), 502 (a)(1)(A) and (B) and 502 (a)(2) and (3) of ERISA, 29 U.S.C. Section 1132(e) and (f), 1132 (a)(1)(A) and (B), 1132 (c)(1) and by 29 U.S.C. Section 1331 (a) and 28 U.S.C. Section 2201.

## VENUE

2. The benefit denial took place within this district. Venue is thus proper pursuant to 502 (e)(2) of ERISA, 29 U.S.C. Section 1132( c)(2).

## PLAINTIFF

3. Plaintiff is a natural adult person and a resident of Litchfield, Illinois. At all times material, she was a "participant" as defined by 29 U.S.C. Section 1002(7) in the

group policy, number LK-030353, issued to Plaintiff's employer, Colfax Corporation and underwritten by Life Insurance Company of North America.

## DEFENDANTS

4. At all times relevant, Colfax Corporation Long Term Disability Policy (Plan) is an "employee welfare benefit plan" as defined by 29 U.S.C. section 1002(1). Colfax Corporation ("Employer") is the Plan Administrator as defined in Section 3 (16) of ERISA, 29 U.S.C. Section 1001 (A). Life Insurance Company of North America ("Life Insurance-NA"), a subsidiary of Cigna Corporation, is an insurance company which has, at all relevant time hereto, done business within this district and at all times acted as "claims administrator", "fiduciary", and "party-in-interest", within the meaning of Sections 3(14), (16), and (21).

## STATEMENT OF FACTS

5. Mary Logsdon was employed in a full-time capacity by Employer as a Packager until February 12, 2001, when she had to cease working due fibromyalgia and chronic back pain.

6. Subsequent to ceasing her employment, Mary Logsdon applied for benefits under the Plan stating that, due to her medical condition, she met the Plan definition of "Disabled", which provided her payment of benefits. Under the group disability policy, disability is defined as follows:

> "An Employee is Disabled if, because of Injury or Sickness,
> 1. he or she is unable to perform all the material duties of his or her regular occupation, or solely due to Injury or Sickness, he or she is unable to earn more than 80% of his or her Indexed Covered Earnings; and
> 2. after Disability Benefits have been payable for 24 months, he or she is unable to perform the material duties of any occupation for which he or she may reasonable become qualified based on education, training or experience, or solely due to Injury or Sickness, he or she is unable to earn more than 80% of his or her Indexed Covered Earnings."

7. On January 8, 2002, Life Insurance-NA determined that Mary Logsdon met the definition of disabled and she began receiving long-term disability benefits, retroactive

from August 17, 2001. This information was provided in a letter from "CIGNA Group Insurance".

8. In May 2003, Mary Logsdon began receiving Social Security Disability Insurance Benefits which were offset by Life Insurance-NA.

9. On March 16, 2006, Mary Logsdon received a letter from "CIGNA Group Insurance", whose subsidiaries include Life Insurance-NA, denying her further disability benefits.

10. In its determination, Life Insurance-NA relied on a Supplemental Claim form from a physician Plaintiff had seen for four years and determined that "… the weight of the evidence in your claim file does not support your inability to perform your regular occupation or any occupation as defined by the contract. In addition, the medical evidence on file fails to document that you have been under the care of a physician for your condition." Additionally, the denial of benefits letter completely misstates the physician's statement regarding Mary Logsdon's disability.

11. Mary Logsdon filed a timely appeal and submitted documentation supporting her claim that she met the definition of disability under the Plan.

12. Despite substantive information from medical providers, Life Insurance-NA upheld its decision to terminate benefits.

13. Mary Logsdon has exhausted her administrative remedies.

14. The determination that Mary Logsdon is no longer disabled is contrary to the terms of the Plan and has no rational support in evidence.

15. As a direct and proximate result thereof, based on the evidence submitted to Defendants which establishes that Mary Logsdon has met the Plan's definition of disability continuously since the outset date of her disability, and that she continues to meet the definition of disability, Plaintiff is entitled to payment of monthly disability insurance benefits, plus interest on all overdue payments.

WHEREFORE, Plaintiff requests the following relief:

A. That the Court enter judgment in Plaintiff's favor and against Defendants, and that the Court order Defendants to pay disability income

benefits in an amount equal to the contractual amount of benefits for which she is entitled;

B. That the Court order Defendants to pay Plaintiff prejudgment interest on all benefits that have accrued prior to the date of judgment;

C. That the Court order Defendants to continue paying benefits until such time as she meets the Plan's conditions for discontinuance of benefits;

D. That the Court award Plaintiff attorney's fees pursuant to 29 U.S.C. Section 1132 (g), and;

E. That the Plaintiff recovers any and other relief to which she is entitled, as well as the cost of suit.

Respectfully submitted,

LAW OFFICE OF GREGORY A. OLIPHANT, P.C.

_____
GREGORY A. OLIPHANT #104371
1001 CRAIG RD., SUITE 305
ST. LOUIS, MO. 63146
314-968-9567
Fax: 314-872-2191

DEBORAH A. ARBOGAST, ATTORNEY AT LAW

_____
DEBORAH A. ARBOGAST #6206510
6959 KINGSBURY BLVD.
UNIVERSITY CITY, MO. 63130
314-660-3920
Fax: 314-667-3421

JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MARY LOGSDON

**(b)** County of Residence of First Listed Plaintiff  **MACOUPIN**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION, LIFE INSURANCE COMPANY OF NORTH

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☒ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. 1132(a)(1)(B)
Brief description of cause:
Defendant wrongfully denied Plaintiff's long term disability benefits.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____
DOCKET NUMBER _____

DATE
09/17/2007

SIGNATURE OF ATTORNEY OF RECORD
Gregory A. Oliphant
Digitally signed by Gregory A. Oliphant
DN: cn=Gregory A. Oliphant, c=US, o=Law Office of Gregory A. Oliphant, email=gregoryoliphant@msn.com
Date: 2007.09.17 13:09:28 -05'00'

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____