AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

MARY LOGSDON

V.

LIFE INSURANCE COMPANY OF NORTH AMERICA, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-3262

TO: (Name and address of Defendant)

John K. Leonard
1601 Chestnut
Philadelphia, PA 19102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Deborah Arbogast
6959 Kingsbury Blvd.
University City, MO 63130

an answer to the complaint which is served on you with this summons, within \_\_\_\_20\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters          October 1, 2007
CLERK                     DATE

s/M. Stewart
(By) DEPUTY CLERK