E-FILED
Tuesday, 02 October, 2007 09:42:07 AM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

MARY LOGSDON

V.

GROUP INSURANCE FOR EMPLOYEES OF
COLFAX CORPORATION, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    07-3262

TO: (Name and address of Defendant)

Steven V. Weidenmuller
8730 Stony Point Pkwy.
Suite 150
Richmond, VA 23235-1969

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Deborah Arbogast
6959 Kingsbury Blvd.
University City, MO 63130

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                                October 1, 2007
CLERK                                            DATE

s/M. Stewart
(By) DEPUTY CLERK