UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARY LOGSDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 07-3262 |
| v. ) | |
| ) | Judge Scott |
| GROUP INSURANCE FOR EMPLOYEES OF ) | |
| COLFAX CORPORATION, as Plan ) | |
| Administrator and LIFE INSURANCE ) | |
| COMPANY OF NORTH AMERICA, a ) | |
| subsidiary of CIGNA CORPORATION, as ) | |
| Claims Administrator, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Peter E. Pederson, of the law firm of Hinshaw & Culbertson LLP, enters his appearance for Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA in the above-referenced cause.

Respectfully submitted,

/s/ Peter E. Pederson
Peter E. Pederson
Hinshaw & Culbertson LLP
222 N. LaSalle
Suite 300
Chicago, Illinois 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001

6250805v1 838180

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on November 6, 2007, I e-filed this document using the Court's CM/ECF filing system, which will make a copy available to counsel of record identified below.

s/ Peter E. Pederson

## SERVICE LIST

Gregory A. Oliphant, Esq.
Law Office of Gregory a. Oliphant, P.C.
1001 Craig Road
Suite 305
St. Louis, Missouri 63146
Telephone:  (314) 968-9567
Facsimile:  (314) 872-2191
E-Mail:  gregoryoliphant@msn.com


Deborah A. Arbogast, Esq.
Deborah A. Arbogast, Attorney at Law
6959 Kingsbury Boulevard
University City, Missouri 63130
Telephone:  (413) 660-3920
Facsimile:  (314) 667-3421
E-Mail:  darbogast01@hotmail.com

6250805v1 838180