E-FILED
Wednesday, 07 November, 2007 10:17:14 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARY LOGSDON,<br><br>    Plaintiff,<br><br>v.<br><br>GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION, as Plan Administrator and LIFE INSURANCE COMPANY OF NORTH AMERICA, a subsidiary of CIGNA CORPORATION, as Claims Administrator,<br><br>    Defendants. | Case No.: 07-C-3262<br><br>Judge Scott |

## ENTRY OF APPEARANCE

Daniel K. Ryan, of the law firm of Hinshaw & Culbertson LLP, enters his appearance for Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA in the above-referenced cause.

    Respectfully submitted,

/s/ Daniel K. Ryan
Daniel K. Ryan
Hinshaw & Culbertson LLP
222 N. LaSalle
Suite 300
Chicago, Illinois 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001

6250808v1 838180

**CERTIFICATE OF SERVICE**

      I, the undersigned attorney, certify that on November 6, 2007, I e-filed this document using the Court's CM/ECF filing system, which will make a copy available to counsel of record identified below.

                                              s/ Peter E. Pederson

**SERVICE LIST**

Gregory A. Oliphant, Esq.
Law Office of Gregory a. Oliphant, P.C.
1001 Craig Road
Suite 305
St. Louis, Missouri 63146
Telephone:  (314) 968-9567
Facsimile:  (314) 872-2191
E-Mail:  gregoryoliphant@msn.com


Deborah A. Arbogast, Esq.
Deborah A. Arbogast, Attorney at Law
6959 Kingsbury Boulevard
University City, Missouri 63130
Telephone:  (413) 660-3920
Facsimile:  (314) 667-3421
E-Mail:  darbogast01@hotmail.com