E-FILED
Tuesday, 13 November, 2007  02:56:22 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARY LOGDSON,** ) | |
| ) | |
| **Plaintiff,** ) | Case No. 07-3262 |
| ) | |
| v. ) | Judge Jeanne E. Scott |
| ) | |
| **GROUP INSURANCE FOR EMPLOYEES** ) | Magistrate Judge Charles H. Evans |
| **OF COLFAX CORPORATION,** as Plan ) | |
| Administrator and **LIFE INSURANCE** ) | |
| **COMPANY OF NORTH AMERICA** a ) | |
| subsidiary of CIGNA CORPORATION, as | |
| Claims Administrator**.** | |
| **Defendants.** | |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Group Insurance for Employees of Colfax Corporation, Defendant, furnishes the following in compliance with Rule 11.3 of this Court:

(1) The full name of every party or amicus the attorney represents in the case;

Group Insurance for Employees of Colfax Corporation

(2) If such party or amicus is a corporation:

(a) its parent corporation, if any; and

N/A

(b) a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company.

N/A

(3) The name of all law firms whose partners or associates appear for a party or expected to appear for the party in the case.

Latham & Watkins, LLP; Cameron R. Krieger; Ryan M. Kerian

Dated: November 13, 2007  /s/ Cameron R. Krieger
Cameron R. Krieger #6275305
Attorney for Defendant Group Insurance For
Employees of Colfax Corporation
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7612
Facsimile: (312) 993-9767
E-mail: cameron.krieger@lw.com