# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MARY LOGDSON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-3262 |
| | ) | |
| v. | ) | Judge Jeanne E. Scott |
| | ) | |
| **GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION,** as Plan Administrator and **LIFE INSURANCE COMPANY OF NORTH AMERICA** a subsidiary of CIGNA CORPORATION, as Claims Administrator**.** | ) ) ) ) ) | Magistrate Judge Charles H. Evans |
| **Defendants.** | | |

## COLFAX'S AGREED MOTION FOR AN
## EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD

Defendant Group Insurance For Employees of Colfax Corporation ("Colfax"), by its attorneys, moves for an extension of time of thirty days to answer or otherwise plead. Counsel for Plaintiff Mary Logsdon and for Defendant Life Insurance Company of North America have represented that they have no objection to this request.

WHEREFORE, Colfax respectfully requests that this Court enter an order extending the time in which to answer or otherwise plead by thirty days, or until December 11, 2007.

Dated: November 13, 2007                                Respectfully submitted,


/s/ Cameron R. Krieger
Cameron R. Krieger #6275305
Attorney for Defendant Group Insurance For
Employees of Colfax Corporation
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone: (312) 876-7612
Facsimile: (312) 993-9767
E-mail: cameron.krieger@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2007, I electronically filed the foregoing AGREED MOTION FOR AN EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Gregory A. Oliphant, Esq.
>E-mail: gregoryoliphant@msn.com
>
>Daniel K. Ryan, Esq.
>E-mail: dryan@hinshawlaw.com
>
>Peter E. Pederson, Esq.
>E-mail: ppederson@hinshawlaw.com

>/s/ Cameron R. Krieger
>Cameron Krieger #6275305
>Attorney for Group Insurance for
>Employees of Colfax Corporation
>LATHAM & WATKINS LLP
>233 South Wacker Dr., Suite 5800
>Chicago, IL 60606
>Telephone: (312) 876-7612
>Facsimile: (312) 993-9767
>E-mail: cameron.krieger@lw.com