THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

E-FILED
Friday, 30 November, 2007  08:30:01 AM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| MARY LOGSDON, <br>     Plaintiff | ) <br> ) <br> )    CASE NO. 07-3262 <br> ) |
| vs. | ) <br> ) |
| GROUP INSURANCE FOR <br> EMPLOYEES OF COLFAX <br> CORPORATION, as Plan <br> Administrator and LIFE INSURANCE <br> COMPANY OF NORTH AMERICA, <br> a subsidiary of CIGNA CORPORATION, <br> as Claims Administrator, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY OF APPEARANCE

Now Comes Deborah A. Arbogast, and enters her appearance on behalf of Plaintiff, Mary Logsdon, in the above captioned matter.

*(signature)*

DEBORAH A. ARBOGAST
#6206510
6959 KINGSBURY BLVD.
UNIVERSITY CITY, MO. 63130
314-660-3920
Fax: 314-667-3421