UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARY LOGSDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:07-cv-03262-JES-CHE |
| ) | |
| GROUP INSURANCE FOR EMPLOYEES ) | Judge Scott |
| OF COLFAX CORPORATION, as Plan ) | |
| Administrator and LIFE INSURANCE ) | Magistrate Judge Evans |
| COMPANY OF NORTH AMERICA, a ) | |
| subsidiary of CIGNA CORPORATION, as ) | |
| Claims Administrator, ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), by its counsel, Daniel K. Ryan and Peter E. Pederson, respectfully moves this Court for a 21-day extension, up to and including December 21, 2007, in which both defendants will answer or otherwise plead to the complaint, stating as follows:

1. Plaintiff has filed suit under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1132(a)(1)(B), seeking to recover long-term disability ("LTD") benefits under an ERISA plan that is sponsored by her former employer. LINA insures LTD benefits payable under the Plan.

2. LINA seeks a 21-day extension, up to December 21, 2007, to answer or otherwise plead to the complaint. This time is necessary for defense counsel to review the complaint and the lengthy administrative record regarding plaintiff's claim for benefits under the plan.

3. In a conference on November 30, 2007, plaintiff's counsel and the co-defendant's counsel stated they did not oppose the extension sought in this motion.

6258706v1 883060

4. LINA asks that the Court re-set the deadline for the co-defendant's response to the complaint from December 11, 2007 to December 21, 2007. The co-defendant has tendered the defense of the case to LINA. If LINA accepts the tender, then all defendants will be represented by the undersigned counsel. It therefore makes sense to place both defendants on the same time table.

5. A draft agreed order granting this relief is attached as an exhibit to this motion.

WHEREFORE, Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, respectfully requests that this Honorable Court grant both defendants an extension until December 21, 2007 to answer or otherwise plead to the complaint.

Respectfully submitted,

LIFE INSURANCE COMPANY OF NORTH AMERICA

Daniel K. Ryan
Peter E. Pederson
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
(312) 704-3000
(312) 704-3001 (fax)

By: s/ Peter E. Pederson

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on November 30, 2007, I e-filed this document using the Court's CM/ECF filing system, which will make a copy available to counsel of record identified below.

s/ Peter E. Pederson

## SERVICE LIST

Gregory A. Oliphant, Esq.
Law Office of Gregory A. Oliphant, P.C.
1001 Craig Road
Suite 305

6258706v1 883060

St. Louis, Missouri 63146
Telephone:  (314) 968-9567
Facsimile:   (314) 872-2191
E-Mail:  gregoryoliphant@msn.com

Deborah A. Arbogast, Esq.
6959 Kingsbury Boulevard
University City, Missouri 63130
Telephone:  (413) 660-3920
Facsimile:   (314) 667-3421
E-Mail:  darbogast01@hotmail.com

Cameron R. Krieger, Esq.
Latham & Watkins
cameron.krieger@lw.com, chefiling@lw.com

E-FILED
Friday, 30 November, 2007   04:14:21 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARY LOGSDON,<br><br>    Plaintiff,<br><br>v.<br><br>GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION, as Plan Administrator and LIFE INSURANCE COMPANY OF NORTH AMERICA, a subsidiary of CIGNA CORPORATION, as Claims Administrator,<br><br>    Defendants. | 3:07-cv-03262-JES-CHE<br><br>Judge Scott<br><br>Magistrate Judge Evans |

**ORDER**

    The Court, having reviewed Life Insurance Company of North America's **Unopposed Motion for Extension of Time,** hereby grants the motion. Both defendants shall have up to and including December 21, 2007 in which to answer or otherwise plead to the complaint.


Enter:

_____


Order prepared by:

Daniel K. Ryan
Peter E. Pederson
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
(312) 704-3000
(312) 704-3001 (fax)

6258818v1 883060