UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARY LOGSDON,               )<br>                             )<br>     Plaintiff,             )<br>                             )<br> v.                          )<br>                             )<br> GROUP INSURANCE FOR EMPLOYEES )<br> OF COLFAX CORPORATION, as Plan )<br> Administrator and LIFE INSURANCE )<br> COMPANY OF NORTH AMERICA, a )<br> subsidiary of CIGNA CORPORATION, as )<br> Claims Administrator,        )<br>                             )<br>     Defendants.             ) | 3:07-cv-03262-JES-CHE<br><br>Judge Scott<br><br>Magistrate Judge Evans |

## MOTION FOR WITHDRAWAL OF COUNSEL AND EXTENSION OF TIME

Defendant, GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION ("COLFAX CORPORATION") hereby moves to withdraw the appearances filed on its behalf by Cameron R. Krieger of Latham Watkins and to substitute the appearances of Daniel K. Ryan and Peter E. Pederson, both of the firm Hinshaw & Culbertson LLP.  In support of this motion, the Plan states as follows:

1. Colfax Corporation tendered the defense of this matter to co-defendant, Life Insurance Company of North America ("LINA").  LINA accepted the tender.

2. Colfax Corporation now desires to be represented by LINA's attorneys of record, Daniel K. Ryan and Peter E. Pederson, who have filed appearances on its behalf, and to withdraw the appearance filed by its original counsel, Cameron R. Krieger of Latham Watkins.

3. The Plan also requests that the Court enter an order enlarging its time to respond to the complaint from December 11, 2007 to December 21, 2007, which is the date LINA will respond to the complaint.

6261235v1 883060

4. Plaintiff's counsel stated he did not oppose the extension requested in this motion.

WHEREFORE, GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION respectfully requests that this Honorable Court enter an order withdrawing the appearance of Cameron R. Krieger and extending the time for defendant to answer the complaint from December 11, 2007 to December 21, 2007.

Respectfully submitted:

GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION

Daniel K. Ryan
Peter E. Pederson
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601
312-704-3000
Fax: 312-704-3001

By: s/Peter E. Pederson
One of its attorneys

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on December 10, 2007, I e-filed this motion using the Court's CM/ECF system, which will make a copy available to counsel of record identified below.

s/Peter E. Pederson

## SERVICE LIST

Cameron R Krieger, Esq.          cameron.krieger@lw.com, chefiling@lw.com
Gregory A Oliphant, Esq.         gregoryoliphant@msn.com
Deborah A Arbogast, Esq.         darbotast01@hotmail.com

6261235v1 883060