E-FILED
Tuesday, 11 December, 2007  04:58:21 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| MARY LOGSDON, | ) |
| Plaintiff, | ) |
| v. | ) 3:07-cv-03262-JES-CHE |
| GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION, as Plan Administrator and LIFE INSURANCE COMPANY OF NORTH AMERICA, a subsidiary of CIGNA CORPORATION, as Claims Administrator, | ) Judge Scott<br>) Magistrate Judge Evans |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Peter E. Pederson, of the law firm of Hinshaw & Culbertson LLP, enters his appearance for Defendant **GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION** in the above-referenced cause.

Respectfully submitted,

/s/ Peter E. Pederson
Peter E. Pederson
**Hinshaw & Culbertson LLP**
222 N. LaSalle
Suite 300
Chicago, Illinois 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001

6262405v1 883060