**E-FILED**
Wednesday, 12 December, 2007 10:12:36 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

CENTRAL    DISTRICT OF    ILLINOIS

MARY LOGSDON
   Plaintiff,
v.
GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION, as Plan Administrator and LIFE INSURANCE COMPANY OF NORTH AMERICA, a subsidiary of CIGNA CORPORATION, as Claims Administrator,
   Defendants.

**APPEARANCE**

Case Number: 3:07-cv-03262-JES-CHE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/12/2007 | /s/ Daniel K. Ryan |
| Date | Signature |
| | Daniel K. Ryan     06196616 |
| | Print Name     Bar Number |
| | Hinshaw & Culbertson LLP, 222 N. LaSalle St., S. 300 |
| | Address |
| | Chicago     IL     60601 |
| | City     State     Zip Code |
| | (312) 704-3000     (312) 704-3001 |
| | Phone Number     Fax Number |