THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MARY LOGSDON, | ) | |
|     Plaintiff | ) | |
| | ) | 3:07-cv-03262 JES-BGC |
| | ) | |
| vs. | ) | |
| | ) | Judge Scott |
| COLFAX CORPORATION, as Plan | ) | |
| Administrator and LIFE INSURANCE | ) | Magistrate Judge Cudmore |
| COMPANY OF NORTH AMERICA, | ) | |
| a subsidiary of CIGNA CORPORATION, | ) | |
| as Claims Administrator, | ) | |
|     Defendants. | ) | |

## STATUS REPORT

Now Comes Plaintiff, Mary Logsdon, by and through her attorneys, and states that Plaintiff did not intend for CIGNA CORPORATION to be a named defendant in this matter and that the name CIGNA CORPORATION was in the caption to identify Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA as a subsidiary of the Cigna Corporation. Thus, there was never an attempt to serve Cigna Corporation.

Respectfully submitted,

DEBORAH A. ARBOGAST, ATTORNEY AT LAW
Attorney for Plaintiff

By:/s/ Deborah A. Arbogast

DEBORAH A. ARBOGAST #6206510
6959 KINGSBURY BLVD.
UNIVERSITY CITY, MO. 63130
314-660-3920
Fax: 314-667-3421