# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| MARY LOGSDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:07-cv-03262-JES-CHE |
| ) | |
| GROUP INSURANCE FOR EMPLOYEES ) | Judge Scott |
| OF COLFAX CORPORATION, as Plan ) | |
| Administrator and LIFE INSURANCE ) | Magistrate Judge Cudmore |
| COMPANY OF NORTH AMERICA, a ) | |
| subsidiary of CIGNA CORPORATION, as ) | |
| Claims Administrator, ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING PROPOSAL

1. On March 28, 2008, Deborah Arbogast, counsel for plaintiff MARY LOGSDON, and Peter E. Pederson, counsel for defendants GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION ("the Plan") and LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), conferred by telephone regarding the deadlines identified in Local Rule 16.2(E) and Judge Cudmore's form scheduling order.  The parties propose the following schedule:

2. Deadline to amend the pleadings: April 28, 2008

3. Joinder of additional parties: April 28, 2008

4. Disclosure of expert witnesses: None are contemplated.

5. Completion of fact discovery: July 28, 2008.

6. <u>Defendants' Position regarding Discovery</u>: Plaintiff brings this case under ERISA's civil enforcement provision, 29 U.S.C. § 1132(a)(1)(B), to recover disability benefits under an "employee welfare benefit plan" as defined by 29 U.S.C. § 1002(1).  Whether the Court applies the deferential "arbitrary and capricious" standard of review or the *de novo*

6301769v1 883060

standard, discovery should be limited to the documents governing the defendant Plan and the "administrative record," which consists of all materials that were before LINA, the Plan's insurer and claims fiduciary, when it finally denied plaintiff's claim for benefits. Defense counsel is in the process of locating any plan documents in addition to the group policy that LINA issued to the Plan's sponsor, Colfax Corporation. On February 11, 2008, defense counsel served Rule 26(a)(1) Disclosures that included the complete administrative record and the Plan documents defense counsel has located to date.

7. Deadline for filing of dispositive motions: September 28, 2008.

8. The parties believe this case will be resolved through dispositive motions or settlement. The parties propose that, if a trial is necessary, the pre-trial conference and trial be set for a date in December 2008 or January 2009.

|  |  |
|---|---|
| Daniel K. Ryan<br>Peter E. Pederson<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>(312) 704-3000<br>**Fax:** (312) 704-3001<br>312-704-3001 | Respectfully submitted:<br><br>GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>By: /s/ Peter E. Pederson<br>     One of its attorneys |

6301769v1 883060

|  |  |
|---|---|
| Deborah A. Arbogast, Esq.<br>6959 Kingsbury Boulevard<br>University City, Missouri 63130<br>Telephone: (314) 660-3920<br>Facsimile: (314) 667-3421<br>E-Mail: darbogast01@hotmail.com | Respectfully submitted:<br><br>MARY LOGSDON<br><br>By: /s/ Peter E. Pederson<br>    One of its attorneys |

Gregory A. Oliphant, Esq.
Law Office of Gregory A. Oliphant, P.C.
1001 Craig Road
Suite 305
St. Louis, Missouri 63146
Telephone: (314) 968-9567
Facsimile: (314) 872-2191
E-Mail: gregoryoliphant@msn.com

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that, on March 28, 2008, I e-filed this document with the Court's CM/ECF system, which will make a copy available to counsel of record identified below:

| | |
|---|---|
| Gregory A. Oliphant, Esq.<br>Law Office of Gregory A. Oliphant, P.C.<br>1001 Craig Road<br>Suite 305<br>St. Louis, Missouri 63146<br>Telephone: (314) 968-9567<br>Facsimile: (314) 872-2191<br>E-Mail: gregoryoliphant@msn.com | Deborah A. Arbogast, Esq.<br>6959 Kingsbury Boulevard<br>University City, Missouri 63130<br>Telephone: (314) 660-3920<br>Facsimile: (314) 667-3421<br>E-Mail: darbogast01@hotmail.com |

                                                /s/ Peter E. Pederson
                                                 Peter E. Pederson