UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MARY LOGSDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:07-cv-03262-JES-CHE |
| | ) |
| GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION, as Plan Administrator and LIFE INSURANCE COMPANY OF NORTH AMERICA, a subsidiary of CIGNA CORPORATION, as Claims Administrator, | ) Judge Scott |
| | ) |
| | ) Magistrate Judge Cudmore |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' SUPPLEMENTAL STATUS REPORT**

Defendants, GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION ("the Plan") and LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA"), by their counsel, Daniel K. Ryan and Peter E. Pederson, submit this Supplemental Status Report:

1.   Plaintiff Mary Logsdon filed this action seeking to recover long-term disability ("LTD") benefits under the defendant Plan, which was sponsored by an affiliate of her former employer and insured under a group policy ("Policy") issued by defendant LINA. The Plan is an "employee welfare benefit plan" within the meaning of ERISA, 29 U.S.C. § 1002(1)(A).

2.   Defendants are waiting for plaintiff to respond to their last settlement offer. In January 2008, defense counsel began asking plaintiff's counsel to make a settlement demand. On May 6, 2008, plaintiff's counsel made a settlement demand. On May 7, 2008, defendants made a counter-offer. On June 9, 2008, plaintiff made a counter-demand. On June 10, 2008, defendants made a new counter-offer. On June 25, 2008, plaintiff rejected defendants' last offer. However, plaintiff has not made a counter-demand since that offer, although defense counsel have asked plaintiff's counsel to do so.

3. At a status hearing on March 31, 2008, Magistrate Judge Cudmore stated that he would hold a settlement conference with counsel for the parties present by telephone if a conference were likely to be conducive to a settlement. Defendants respectfully request that Magistrate Judge Cudmore schedule a telephonic settlement conference as the Court's assistance would likely facilitate a settlement.

4. In a status report filed on June 20, 2008, plaintiff asserted that "Defendants have not provided all plan documents, including the summary plan description." (Docket # 17 ¶ 3). This assertion is mistaken.

5. On February 20, 2008, defendants served Federal Rule 26(a)(1) disclosures that included the Policy under which LINA insures the LTD benefits provided by the Plan. The Policy is a plan document. *Sperandeo v. Lorillard Tobacco Co., Inc.*, 460 F3d 866 (7th Cir. 2006). On June 11, 2008, defense counsel emailed plaintiff's counsel another copy of the Policy along with the Group Insurance Certificate for the Plan. The Group Insurance Certificate constitutes, and is labeled as, the summary plan description. (*See* Group Insurance Certificate p. 14). Plaintiff's assertion that defendants failed to produce plan documents has no evidentiary support.

6. For the above reasons, defendants respectfully request that the case be scheduled for a telephonic settlement conference before Magistrate Judge Cudmore. If a settlement is not reached, defendants would propose setting November 15, 2008 as the deadline for dispositive motions.

|  |  |
|---|---|
| Daniel K. Ryan<br>Peter E. Pederson<br>HINSHAW & CULBERTSON LLP<br>222 N. LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>(312) 704-3000<br>**Fax:** (312) 704-3001 | Respectfully submitted:<br><br>GROUP INSURANCE FOR EMPLOYEES OF COLFAX CORPORATION and LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>By: /s/ Peter E. Pederson<br>   One of its attorneys |

### CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that, on July 14, 2008, I e-filed this document with the Court's CM/ECF system, which will make a copy available to counsel of record identified below:

Gregory A. Oliphant, Esq.
Law Office of Gregory A. Oliphant, P.C.
1001 Craig Road
Suite 305
St. Louis, Missouri 63146
Telephone: (314) 968-9567
Facsimile: (314) 872-2191
E-Mail: gregoryoliphant@msn.com

Deborah A. Arbogast, Esq.
6959 Kingsbury Boulevard
University City, Missouri 63130
Telephone: (314) 660-3920
Facsimile: (314) 667-3421
E-Mail: darbogast01@hotmail.com

  /s/ Peter E. Pederson
   Peter E. Pederson