E-FILED
Monday, 14 July, 2008  03:32:45 PM
Clerk, U.S. District Court, ILCD

THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MARY LOGSDON, ) | | |
|     Plaintiff ) | | |
| ) | 3:07-cv-03262 JES-BGC | |
| ) | | |
| vs. ) | | |
| ) | Judge Scott | |
| GROUP INSURANCE FOR EMPLOYEES ) | | |
| OF COLFAX CORPORATION as Plan ) | Magistrate Judge Cudmore | |
| Administrator and LIFE INSURANCE ) | | |
| COMPANY OF NORTH AMERICA, ) | | |
| as Claims Administrator, ) | | |
|     Defendants. ) | | |

## STATUS REPORT

Pursuant to the order of June 20, 2008, a supplemental status report is filed by Plaintiff.

1. Plaintiff and Defendant have been in settlement negotiations since the telephone conference on May 6, 2008. The parties have not reached a settlement but are continuing to attempt to settle the case.

2. Defendant has provided the summary plan description and Plaintiff's previous status report stating otherwise resulted from a miscommunication between Plaintiff's counsel.

3. In the event the case does not settle, it is the Plaintiff's position that the parties would benefit from a telephone conference with the Court's assistance in facilitating a settlement, as indicated by Magistrate Judge Cudmore during the March 31, 2008 status hearing.

    Respectfully submitted,

    DEBORAH A. ARBOGAST, ATTORNEY AT LAW
    Attorney for Plaintiff

    By:/s/ Deborah A. Arbogast

DEBORAH A. ARBOGAST #6206510
6959 KINGSBURY BLVD.
UNIVERSITY CITY, MO. 63130
314-660-3920
Fax: 314-667-3421

GREGORY A. OLIPHANT
LAW OFFICE OF GREGORY A. OLIPHANT
Attorney for Plaintiff

By: /s/ Gregory A. Oliphant

7751 Carondelet Ave., Suite 500
Clayton, Missouri 63105
314-968-9567
Fax: 314-721-2602

CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on July 14, 2008, I e-filed this Supplemental Status Report with the Court's CM/ECF system, which will copy counsel below:

Daniel K. Ryan
Peter E. Pederson
HINSHAW & CULBERTSON, LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000
Fax (312) 704-3001